## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JOSHUA A. SANDERSON

             RUKMANI L. SANDERSON


                      Debtor(s)

                                              CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                Movant                            CASE NO: 1-15-01114-MDF


       vs.


       JOSHUA A. SANDERSON
         RUKMANI L. SANDERSON


                 Respondent(s)


### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on September 15, 2016, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                                    Respectfully submitted,

                                    s/   Charles J. DeHart, III
                                    Charles J. DeHart, III, Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    JOSHUA A. SANDERSON
           RUKMANI L. SANDERSON

                  CHAPTER 13

          Debtor(s)


          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE          CASE NO: 1-15-01114-MDF
              Movant

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| October 12, 2016  at 9:00 am | October 12, 2016 at 09:35 AM |
| Dismissal Conference Room (Courtroom 2) | Ronald Reagan Federal Bldg |
| | Bankruptcy Courtroom |
| Ronald Reagan Federal Bldg | 3rd Floor, 228 Walnut Street |
| 3rd Floor, Third and Walnut Streets | Harrisburg, PA 17101 |
| Harrisburg, PA 17101 | |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place on or before: **10/05/2016**.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1294.00**
**AMOUNT DUE FOR THIS MONTH: $432.00**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE: $1726.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.      You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.      You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  September 15, 2016

IN RE:   JOSHUA A. SANDERSON

                                              CHAPTER 13

        RUKMANI L. SANDERSON

                       Debtor(s)                          CASE NO: 1-15-01114-MDF

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE

                       Movant

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on  September 15, 2016.


SEAN P QUINLAN, ESQUIRE
3618 NORTH 6TH STREET
HARRISBURG, PA  17110-


JOSHUA A. SANDERSON
RUKMANI L. SANDERSON
401 CHESTNUT STREET
MARYSVILLE, PA  17053


                                   Respectfully submitted,

                                   s/ Liz Joyce
                                   for Charles J. DeHart, III, Trustee
                                   8125 Adams Drive, Suite A
                                   Hummelstown, PA  17036
                                   Phone:  (717) 566-6097

Dated:  September 15, 2016

IN RE:   JOSHUA A. SANDERSON
         RUKMANI L. SANDERSON

                   Debtor(s)                         CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                Movant                    CASE NO: 1-15-01114-MDF

vs.

JOSHUA A. SANDERSON        MOTION TO DISMISS
RUKMANI L. SANDERSON

## ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.