LAW OFFICE OF GREGORY JAVARDIAN, LLC
BY:    MARY F. KENNEDY, ESQUIRE
ID# 77149
1310 Industrial Blvd
1st Floor, Suite 101
Southampton, PA  18966
(215) 942-9690
Attorney for Citizens Bank, N.A. f/k/a RBS Citizens, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Joshua A. Sanderson<br>    Rukmani L. Sanderson<br>        Debtor(s) | Chapter 7 Proceeding<br><br>1-15-01114 MDF |
| Citizens Bank, N.A. f/k/a RBS Citizens, N.A.<br>        Movant<br><br>v.<br>Joshua A. Sanderson<br>Rukmani L. Sanderson<br>and<br>Markian R. Slobodian, Esquire<br>        Respondent | |

**CERTIFICATION OF NON-CONCURRENCE**

**MARY F. KENNEDY**, counsel for Citizens Bank, N.A. f/k/a RBS Citizens, N.A., creditor, hereby certifies she has sought concurrence in Motion for Relief from debtor's counsel, Sean Patrick Quinlan and from the Trustee, Markian R. Slobodian and it has been/not been granted.

LAW OFFICE OF<br>GREGORY JAVARDIAN, LLC<br><br>By: /s/ Mary F. Kennedy, Esquire