```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 15-01114-MDF
Joshua A. Sanderson                                               Chapter 7
Rukmani L. Sanderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman           Page 1 of 1           Date Rcvd: Nov 29, 2016
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2016.
db/jdb         +Joshua A. Sanderson,    Rukmani L. Sanderson,    401 Chestnut Street,    Marysville, PA 17053-1129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2016 at the address(es) listed below:
              David L. Lutz    on behalf of Creditor Shea  Quinn terryd@hhrlaw.com, lutz@hhrlaw.com
              Joshua I Goldman    on behalf of Creditor   The Bank of New York Mellon, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Mary F Kennedy    on behalf of Creditor   Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com, tami@javardianlaw.com
              Sean Patrick Quinlan    on behalf of Joint Debtor Rukmani L. Sanderson spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor Joshua A. Sanderson spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Joshua A. Sanderson<br>Rukmani L. Sanderson<br>Debtor(s)<br><br>Citizens Bank, N.A. f/k/a RBS Citizens, N.A.<br>    Movant<br><br>v.<br><br>Joshua A. Sanderson<br>Rukmani L. Sanderson<br>and<br>Markian R. Slobodian, Esquire<br>    Respondent | Chapter 7 Proceeding<br><br>1-15-bk-01114 MDF |

**ORDER**

Upon consideration of Citizens Bank, N.A. f/k/a RBS Citizens, N.A.'s Motion for Relief from Stay, it is hereby ORDERED AND DECREED that the Automatic Stay be modified to permit, Citizens Bank, N.A. f/k/a RBS Citizens, N.A. and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 401 Chestnut Street, Marysville, PA 17053.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion
of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Dated: November 29, 2016