# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joshua A. Sanderson and Rukmani L. Sanderson | BKY. NO. 15-01114 MDF |
| Debtor(s) | CHAPTER 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon, as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA4, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6109

                                            Respectfully submitted,

                                            **/s/ Thomas Puleo**
                                            Thomas Puleo, Esquire
                                            James C. Warmbrodt, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406
                                            Attorney for Movant/Applicant