```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 15-01114-MDF
Joshua A. Sanderson                                                 Chapter 7
Rukmani L. Sanderson
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman           Page 1 of 1          Date Rcvd: Feb 02, 2017
                              Form ID: fnldec           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2017.
db/jdb         +Joshua A. Sanderson,    Rukmani L. Sanderson,    401 Chestnut Street,    Marysville, PA 17053-1129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2017 at the address(es) listed below:
              David L. Lutz    on behalf of Creditor Shea  Quinn terryd@hhrlaw.com,    lutz@hhrlaw.com
              Joshua I Goldman    on behalf of Creditor   The Bank of New York Mellon, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Mary F Kennedy    on behalf of Creditor   Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com,    tami@javardianlaw.com
              Sean Patrick Quinlan    on behalf of Joint Debtor Rukmani L. Sanderson spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor Joshua A. Sanderson spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Thomas I Puleo    on behalf of Creditor   The Bank of New York Mellon, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Joshua A. Sanderson　　　　　　　　　　　　　　Chapter 7
401 Chestnut Street　　　　　　　　　　　　　　　Case No. 1:15−bk−01114−MDF
Marysville, PA 17053

Rukmani L. Sanderson
401 Chestnut Street
Marysville, PA 17053

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−4584
xxx−xx−7420

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Markian R Slobodian (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:　February 2, 2017　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　　　*Mary D. France* (signature)

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Mary D. France
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　　　By: REshelman, Deputy Clerk